Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
APR 23 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

James Jamison

_____

*Your full name*

**STATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

v.

B. Harlow-Rn, Jon Bremar
Emtp, michael weaver H.S.A
R Grove h.S.A, EDDie Anderson, DR
Josha Hall Rn/ IOP/ IDC

*Enter above the full name of defendant(s) in this action*

Civil Action No.: 5:20cv80
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Blalock

## I. JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Your Name: James Jamison
          Inmate No.: N/A
          Address: 2823 preston st Cincinnati, ohio 45206

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

    B.    Name of Defendant: B Harlow

Attachment A

Position: RN

Place of Employment: F.C.I Gilmer

Address: Po box 6000 Glenville WV 26351- 201 F.C.I Lane

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: She was an employee at the prison

B.1   Name of Defendant: Jon Bremar

Position: Emtp

Place of Employment: F.C.I Gilmer

Address: Po box 6000 Glenville WV 26351- 201 F.C.I Lane

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: he was an employee at the prison

B.2   Name of Defendant: michael weaver

Position: health Service Administrative

Place of Employment: F.C.I Gilmer

Address: Po box 6000 Glenville WV 26351- 201 F.C.I Lane

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: he was an employee at the prison

B.3   Name of Defendant: R. Grove
Position: health Service Adminstrative
Place of Employment: F.C.I Gilmer
Address: po box 6000 Glenville WV 26351- 201 F.C.I Lane

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: she was an employee at the prison

B.4   Name of Defendant: Eddie Anderson
Position: Doctor
Place of Employment: F.C.I Gilmer
Address: po box 6000 Glenville WV 26351- 201 F.C.I Lane

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: he was an employee at the prison

Attachment A

B.5   Name of Defendant: Joshua hall
      Position: Rn / iop / iDc
      Place of Employment: F.C.I Gilmer
      Address: P.o box 6000 Glenville WV 26351-
              201 F.C.I lane

      Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☒ Yes   ☐ No

      If your answer is "YES," briefly explain: he was an employee at the prison

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: F.C.I Gilmer

   A.   Is this where the events concerning your complaint took place?
        ☒ Yes   ☐ No

        If you answered "NO," where did the events occur?

   B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

   C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

   D.   If your answer is "NO," explain why not

Attachment A

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 the Grievance and response never returned
LEVEL 2 N/A
LEVEL 3 N/A

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? ☑ Yes ☐ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s): James Jamison
   Defendant(s): B.oP, B harlow, Jon Bremar, michael weaver, R. Grove, eddie anderson, Joshua hall

2. Court: northen District of West Virginia (clarkburg)
   *(If federal court, name the district; if state court, name the county)*

3. Case Number: 1:19-CV-00190

4. Basic Claim Made/Issues Raised: inadequate medical care Constitutional rights violations

5. Name of Judge(s) to whom case was assigned: Kleeh

**Attachment A**

      6.    Disposition: <u>Dismissed for Failure to Prosecute</u>
                       *(For example, was the case dismissed? Appealed? Pending?)*

      7.    Approximate date of filing lawsuit: <u>10/09/2019</u>

      8.    Approximate date of disposition. **ATTACH COPIES** 12/19/2019

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?    ☐ Yes    ☑ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
<u>because i was informed to follow and file an administrative remedy process which i did</u>

E.    Did you exhaust available administrative remedies?  ☑ Yes    ☐ No

F.    If your answer is "YES," briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
<u>I filed a bp-8,9,10 and 11 Central office received the bp-11 on november 2018 a response was due January 19 2019 Central office never made a response or a decision to the Bp-11 remedy ID # 952134-A1</u>

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

Attachment A

1. Parties to previous lawsuit:

   Plaintiff(s): James Jamison
   Defendant(s): B.O.P, B harlow, Jon Bremar, michael weaver, R Grove, eddie anderson, Joshua Hall

2. Name and location of court and docket number:
   northern District of West virginia (clarkburg) 1:19-cv-00190

3. Grounds for dismissal:  ☐ frivolous  ☐ malicious   Failure to Prosecute
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: 10/09/2019

5. Approximate date of disposition: 12/19/2019

V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: See attachment

Supporting Facts: See attachment

Attachment A

CLAIM 2: _____ N/A _____

Supporting Facts: _____ N/A _____

CLAIM 3: _____ N/A _____

Supporting Facts: _____ N/A _____

CLAIM 4: _____ N/A _____

Supporting Facts: _____ N/A _____

CLAIM 5: _____ N/A _____

Supporting Facts: _____ N/A _____

VI.  **INJURY**

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

See attachment

VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

See attachment

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 2823 Preston St, Cinti, Ohio 45206 on 4-20-2020.
(Location) (Date)

Your Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

James Jamison

_____

Plaintiff,

v.

B harlow, Jon Bremar    Civil Action No.: 5:20cv80
michael weaver R Grove
eddie anderson
Joshua hall

Defendant(s)

## Certificate of Service

James Jamison
I, (your name here), appearing pro se, hereby certify that I have served the foregoing (title
42 U.S.C 1983 (Bivens)
of document being sent) upon the defendant(s) by depositing true copies of the same in the United

States mail, postage prepaid, upon the following counsel of record for the defendant(s) on (insert

date here): 4-20-20


(List name and address of counsel for defendant(s))

N/A

_James Jamison_
(sign your name)